IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-285

FILED
CHARLOTTE, NC

JUL 26 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA )
)
)
vs. ) VERDICT FORM
)
)
DEWAN ANTONIO GARRIS )
)

1. As to Count One, charging the defendant with a violation of 18 U.S.C. § 922(g)(1), I find the defendant:

Guilty: ✓         Not Guilty: _____

Signed: _____
ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

Dated: 7.26.19