UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00285-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEWAN ANTONIO GARRIS | ) | |

**THIS MATTER** is before the Court upon the parties' Joint Motion to Amend Judgment relating to conditions of the defendant's supervision. (Doc. No. 73).

The United States Court of Appeals for the Fourth Circuit vacated seven of the conditions and remanded the matter for further proceedings. (Doc. No. 69: Opinion at 1). The parties have now proposed revised conditions which the Court finds are reasonably related to the factors to consider for supervised release sentences, involve no greater deprivation of liberty than is reasonably to accomplish their purposes, and are consistent with pertinent policy statements issued by the Sentencing Commission. 18 U.S.C. § 3583(d).

**IT IS, THEREFORE, ORDERED** that an amended judgment shall be issued modifying the conditions of supervision as follows:

7. The defendant shall not knowingly leave the federal judicial district where he/she is authorized to reside without first getting permission from the Court or probation officer.

8. The defendant shall answer truthfully the questions asked by the probation officer. However, defendant may refuse to answer a question if the

truthful answer would tend to incriminate him of a crime. Refusal to answer a question on that ground will not be considered a violation of supervised release.

9. Reimposed without change.

12. Reimposed without change.

16. Reimposed without change.

17. Reimposed without change.

18. The defendant shall submit to a search if the probation officer has reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a US Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media, or office.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Probation Office, and the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

Signed: September 12, 2022

Robert J. Conrad, Jr.
United States District Judge